NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHN DOE, a minor, by and through Paul )
Doe, his next friend and guardian and )
PAUL DOE, individually, )
)
        Appellants, )
)
v. )    Case No. 2D17-4795
)
DIOCESE OF VENICE IN FLORIDA, INC., )
a Non-Profit Florida Corporation; DIOCESE )
OF VENICE IN FLORIDA, a Corporation )
Sole; BISHOP DEWANE as Corporate Sole )
of the Diocese of Venice; and ROBERT )
LITTLE, )
)
        Appellees. )
_____ )

Opinion filed May 29, 2019.

Appeal from the Circuit Court for Lee
County; Alane C. Laboda, Judge.

Alexander Brockmeyer, Mark Boyle, and
Katherine L. Sloan of Boyle & Leonard,
P.A., Fort Myers; and Marcus W. Viles and
Maria R. Alaimo of Viles & Beckman, LLC,
Fort Myers, for Appellants.

David C. Potter and Carl Joseph Coleman
of Buchanan Ingersoll & Rooney PC, Fort
Myers; and Hala Sandridge of Buchanan
Ingersoll & Rooney PC, Tampa (substituted
as counsel of record); and Chance Lyman
of Buchanan Ingersoll & Rooney PC,

Tampa, for Appellees Diocese of Venice in Florida, Inc. and Bishop Dewane.

No appearance for Appellee Robert Little.

PER CURIAM.

Affirmed.

KELLY, KHOUZAM, and BLACK, JJ., Concur.